IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TK HOLDINGS, INC., et al., | : | Bankruptcy Case No. 17-11375 (BLS) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| JAMES F. DEBOUNO, JR., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 20-1480-RGA |
| | : | |
| TK HOLDINGS, INC., | : | |
| | : | |
| Appellee. | : | |

**O R D E R**

WHEREAS, the Magistrate Judge filed a recommendation that this case be withdrawn from the process of mediation (D.I. 4);

WHEREAS, this Court So Ordered that recommendation on December 7, 2020 (D.I. 5);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule:

Appellant's Opening Brief on appeal shall be filed within **thirty (30) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed withing **thirty (30) days** of receipt of opening brief.

Appellant's Reply Brief on appeal shall be filed within **fourteen (14) days** of receipt of answering brief.

<u>December 7, 2020</u>   <u> /s/ Richard G. Andrews  </u>
    DATE   UNITED STATES DISTRICT JUDGE