IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TK HOLDINGS, INC., et al., | : | Bankruptcy Case No. 17-11375 (BLS) |
| | : | |
| Debtors. | : | |
| | : | |
| JAMES F. DEBOUNO, JR., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 20-1480-RGA |
| | : | |
| TK HOLDINGS, INC., | : | |
| | : | |
| Appellees. | : | |

**AMENDED SCHEDULING ORDER**

WHEREAS, the Bankruptcy Court issued an Amended Appeal Transmittal Sheet identifying Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund as an Appellee to the appeal (D.I. 9);

WHEREAS, Appellee Eric D. Green, Trustee has filed a request for an extension of time to file a counter statement of issues, a counter-designation of the record, and an answering brief (D.I. 8);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following schedule:

Appellees' counter statement of issues and counter-designation of the record shall be filed within **fifteen (15) days** of the date of the Order.

Appellant shall have until **March 29, 2021**, to either file an Amended Opening Brief or provide notice that he is content with the current Opening Brief on file (see D.I. 7).

Appellee's Answering Brief on appeal shall be filed no later than **thirty (30) days** from the date Appellant files his amended brief or provides notice of contentment with current brief.

Appellant's Reply Brief on appeal shall be filed within **fourteen (14) days** of receipt of the answering brief.


February 10, 2021                    /s/ Richard G. Andrews
    DATE                              UNITED STATES DISTRICT JUDGE